

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2018

No. 04-17-00316-CV

**LAREDO JET CENTER, LLC**,
Appellant

v.

**CITY OF LAREDO**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016CVF003042D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
             Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Appellant has filed a Motion to Set Aside Order Denying En Banc Reconsideration as Untimely. On our motion, we vacate our October 19, 2018 order on appellant's motion for en banc reconsideration. Appellant's motion for en banc reconsideration is hereby DENIED. Appellant's Motion to Set Aside Order Denying En Banc Reconsideration as Untimely is MOOT.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court